UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BASIN DISPOSAL, INC., BNSF RAILWAY COMPANY, PASCO SANITARY LANDFILL,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | No.   4:15-CV-05078-SMJ<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO WITHDRAW MOTIONS TO DISMISS AND SET TIME FOR DEFENDANTS TO FILE ANSWER** |

Before the Court, without oral argument, is a Joint Stipulated Motion to Withdraw Motions to Dismiss and Set Time for Defendants to File Answer, ECF No. 206. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Parties' Joint Motion to Dismiss Basin Disposal, Inc.'s Fourth Claim for Relief, **ECF No. 53**, is **DENIED** as moot. The Motion Hearing for this matter, currently scheduled for June 24, 2016, is **STRICKEN**.

2. Parties' Joint Motion to Dismiss Under Rules 12(b)(6) and 13(a), **ECF No. 74**, is **DENIED** as moot. The Motion Hearing for this matter, currently scheduled for June 24, 2016, is **STRICKEN**.

ORDER **-** 1

3. Defendant Monsanto Company's Motion to Dismiss Under Rule 12(b)(6), **ECF No. 77**, is **DENIED** as moot.

4. Proposed Defendant Chemed Corporation's Motion to Dismiss, **ECF No. 105**, is **DENIED** as moot.

1. The Fourth Claim Defendants, the IWAG Defendants, and Monsanto (as those parties are defined in the Joint Stipulated Motion) shall answer, move, or otherwise plead to Plaintiffs' Second Amended Complaint **within 30 days**, to the extent they have not already answered.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 7th day of June 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2