Case 4:15-cv-05078-SMJ    Document 396    Filed 08/23/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BASIN DISPOSAL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | No.   4:15-CV-05078-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION DISMISSING PLAINTIFF'S FOURTH AND FIFTH CLAIMS FOR RELIEF AS TO FEDERAL DEFENDANTS** |

Before the Court, without oral argument, is Plaintiffs' and Federal Defendants' Joint Stipulated Motion Dismissing Plaintiff's Fourth and Fifth Claims for Relief as to Federal Defendants, ECF No. 229.  Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the parties' motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Plaintiffs and Federal Defendants' Joint Stipulated Motion Dismissing Plaintiff's Fourth and Fifth Claims for Relief as to Federal Defendants, **ECF No. 229**, is **GRANTED.**

ORDER **-** 1

**2.** Plaintiff's Fourth and Fifth Claims for Relief are dismissed as to Federal Defendants only, with prejudice and without fees, costs, or disbursements to any party.

**3.** Federal Defendants' Motion to Dismiss MTCA Claims Against Federal Defendants, **ECF No. 174**, is **DENIED** as moot.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of August 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20