FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BASIN DISPOSAL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | No.  4:15-CV-05078-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION DISMISSING PUREGRO COMPANY'S SECOND CAUSE OF ACTION IN PUREGRO COMPANY'S CONDITIONAL CROSS-CLAIM AS TO FEDERAL DEFENDANTS** |

Before the Court, without oral argument, is Defendant PureGro Company's and Federal Defendants' Joint Stipulated Motion Dismissing Defendant Puregro Company's Second Cause of Action in Puregro's Conditional Cross-Claim as to Federal Defendants, ECF No. 354.  Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the parties' motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant PureGro Company's and Federal Defendants' Joint Stipulated Motion Dismissing Defendant Puregro Company's Second Cause of Action in Puregro's Conditional Cross-Claim as to Federal Defendants, **ECF No. 354**, is **GRANTED.**

ORDER **-** 1

**2.** Puregro's Second Cause of Action (MTCA Declaratory Judgment and Contribution) in Puregro's Conditional Cross-Claim, ECF No. 180 at 20, is dismissed as to Federal Defendants only, with prejudice and without fees, costs, or disbursements to any party.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of August 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge