UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BASIN DISPOSAL, INC., et al., | No.   4:15-CV-05078-SMJ |
| Plaintiffs, | |
| v. | **ORDER GRANTING JOINT STIPULATED MOTION DISMISSING DEFENDANT PPG ARCHITECTURAL FINISHES, INC.'S SECOND CAUSE OF ACTION IN ITS CONDITIONAL CROSSCLAIM AS TO FEDERAL DEFENDANTS** |
| 3M COMPANY, et al., | |
| Defendants. | |

Before the Court, without oral argument, is Defendant PPG Architectural Finishes Inc.'s and Federal Defendants' Joint Stipulated Motion Dismissing Defendant PPG Architectural Finishes Inc.'s Second Cause of Action in its Conditional Crossclaim as to Federal Defendants, ECF No. 357. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the parties' motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.  Defendant PPG Architectural Finishes Inc.'s and Federal Defendants' Joint Stipulated Motion Dismissing Defendant PPG Architectural

Finishes Inc.'s Second Cause of Action in its Conditional Crossclaim as to Federal Defendants, **ECF No. 357**, is **GRANTED.**

2.   Defendant PPG Architectural Finishes Inc.'s Second Cause of Action in its Conditional Crossclaim, ECF No. 216 at 20–21, is dismissed as to Federal Defendants only, with prejudice and without fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**   The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of September 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2