UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BASIN DISPOSAL, INC., et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>3M COMPANY, et al.,<br><br>          Defendants. | No.   4:15-CV-05078-SMJ<br><br>**ORDER GRANTING JOINT STIPULATED MOTION DISMISSING DEFENDANT ZEP, INC.'S SECOND CROSSCLAIM AS TO FEDERAL DEFENDANTS** |

Before the Court, without oral argument, is Defendant Zep Inc.'s and Federal Defendants' Joint Stipulated Motion Dismissing Defendant Zep Inc.'s Second Crossclaim as to Federal Defendants, ECF No. 378.  Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the parties' motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Defendant Zep Inc.'s and Federal Defendants' Joint Stipulated Motion Dismissing Defendant Zep Inc.'s Second Crossclaim as to Federal Defendants, **ECF No. 378**, is **GRANTED.**

ORDER **-** 1

2.  Defendant Zep Inc.'s Second Crossclaim, ECF No. 243 at 65–68, is dismissed as to Federal Defendants only, with prejudice and without fees, costs, or disbursements to any party.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of September 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2